The People    *Catherine Fletcher* testified she was about fifteen years
*vs.*
Hugh Flinn. of age, and had lived four or five weeks with Mrs. Foote ;
that her mother came after her, and was denied by the pris-
oner that she had been there : she was on the point of
sailing with Mrs. Foote to Savannah when she was ar-
rested.

When A. is *The People vs. Hugh Flinn.    Assault and Battery with*
charged with
an attempt to            *intent to commit Rape.*
commit a rape
upon B. and     Hugh Flinn, a young man, about twenty-five years
in order to of age, was charged with committing an assault and batte-
prove that
fact, one cir- ry, with intent to commit a rape, on the body of Mary Ann
cumstance re- Jameison, on the 28th of July, 1822, between one and two
lied on is, that
A. infected B. o'clock.
with a vene-    The circumstance of this case appeared as follows. Flinn
ral disease.
The examin- kept a grocery store next door to the residence of Mr.
ation of A. Jameison. On Sunday, the 28th of July, Mr. Jameison
cannot be giv-
en in evi- sent his little daughter, a most interesting child about ten
dence, until years of age, to Flinn's store, for a quart of beer. The
the fact of the
diseased state family were about setting down to dinner. Mary Ann re-
of B. is first turned after an absence of about half an hour. Her father
shown.
asked her why she staid so long ; she made no reply, and

no further notice was taken of the circumstance of her absence, at this time. On Sunday evening as her mother was putting her to bed, she discovered that her linen was discolored, and stained with blood. The next morning she asked her daughter what was the matter with her. She then told her mother what had happened.

She said she went to the store and asked Flinn for a quart of beer, that he went down into the cellar to draw it, and returned to the cellar door, and asked her to give him the pitcher ; she handed it to him, and he seized her by the arm and pulled her down the cellar stairs, and took her into the cellar, where the act complained of was committed ; she all the time crying " mother !" " mother !" " mother !" In this situation he kept her for about half an hour, until he finally told her she might go. Upon these facts being told to her mother, she was so horror struck at the transaction, as to be unable to determine what to do, but finally sent for Flinn to come to her house. He came, and upon being charged with the crime, strenuously denied it, calling Mary Ann "a great liar"

Mrs. Jameison was afraid to tell her husband ; she was apprehensive, he being a man of violent passion, " he might kill Flinn ;" but was induced, from the circumstances that followed this crime, to apply to the police against Flinn : for it was discovered that, in addition to the injury mentioned, the prisoner had infected Mary Ann with the venereal disease.

She was examined by Drs. Mott and Brown, the latter testified in a subsequent part of the case his opinion, that she had the disease : after a most rigorous and sharp cross-examination by Anthon, one of the prisoner's counsel, he came to the conclusion that it was his *decided* opinion, that it was gonorrhoea.

NEW-YORK,        Process was taken out of the police against Flinn, upon
Nov. 1822.   which he was arrested and committed to Bridewell.   Dr.
The People   Walker, the attending physician at that institution, went
   vs.       to examine him, and upon telling him the necessity of an
Hugh Flinn.  examination to free himself from the imputation, he told
Dr. Walker that he was willing to submit to the strictest
inquiry, before all the physicians in the city : that he had
no disorder whatever.   Dr. Walker told him he was a
physician, and had come to examine him ; he then stated
to Dr. Walker that he would not be examined, and threat-
ened force to protect himself.

Mr. Hedden, and two or three officers of the Bridewell,
went with the Doctor the same day, and compelled Flinn
to submit.   Upon the examinations being effected, it was
found that his linen was discolored, and evident and con-
clusive marks of disease appeared.

These facts were fully made out by Mrs. Jameison, her
daughter, and the medical gentlemen who were called up-
on as witnesses.

*Maxwell, District Attorney,* and *Price,* rested the pros-
ecution.

D. Graham and Anthon; counsel for the prisoner, opened
the defence.

They called

*John O. Hare* on the part of the prisoner.   He testified
that he lives in the Bowery, and is a baker—saw the prison-
er on the 28th of July at his house, between one and two
o'clock, and again at Vespers in the afternoon.

Question by *Maxwell.*

Do you recollect what kind of dress he had on ?

Ans. No.

*Q.* Had he a white vest on ?

A. I can't tell.

Q. What makes you recollect the hour ?

A. It was after church.

*By the Recorder.* Are you related to the prisoner ?

A. Yes, I married his sister.

*John Monahan* was called and sworn. He testified that he was sitting at dinner, between one and two o'clock, on the 28th of July, and that the prisoner came into his house and remained there until near 2 o'clock, when he went away, saying he was going to Vespers. He further testi-fied that the prisoner was regular at church every Sunday, and was a man of good character.

Upon being cross-examined by *Maxwell,* he said he recollected the day by referring back, after he had heard of the charge : he was certain as to the hour, because he always dines on Sunday between one and two o'clock.

Questions by *Maxwell.*

Do you recollect what kind of dress the prisoner wore ?

A. No.

Q. Where do you live ?

A. No 69 Pike-street.

Q. How far from your house is it to the church ?

A. About three minutes' walk.

Q. What colored pantaloons did the prisoner wear ?

A. Can't tell.

Q. What colored vest ?

A. I dont know.

Q. Why do you remember so well the day and hour he was at your house, and forget his dress ?

A. I cannot tell.

Q. Have you been at Flinn's store since the charge ?

A. Yes.

Q. Have you been there often since the charge ?

A. Yes.

NEW-YORK,
Nov. 1822.

The People
*vs.*
Hugh Flinn.

NEW-YORK,
Nov. 1822.

The People
vs.
Hugh Flinn.

Q. Have you an account with him ?

A. I deal at his store.

Q. Are you in debt to him ?

A. I cannot tell ; there is an account between us : perhaps I am.

Q. Have you any fact or circumstance to fix the day of the month ?

A. No.

Q. How do you ascertain it ?

A. When I heard the charge I referred back to the day.

Mr. Monahan you are certain of the hour and the day, although it happened in July, yet you have no recollection what kind of clothes he wore, or any other circumstance but the fact of his being at your house at the day and hour you mention. How do you account for your recollection of this circumstance, not calculated to make an impression upon the mind, and a total forgetfulness of all others.

A. I do not recollect what dress he had on.

Q. You have a bad memory then, Mr. Monahan ?

A. Of some things I have.

*William M'Kinney* was next called, sworn, and examined on the part of the prisoner, and testified that he was fourteen years of age, and lived at No. 50 Banker street : that he had been living with Mr. Flinn for some length of time, attending his store, and was there on the 28th of July, when Mary Ann came for the beer, and that Flinn was not there at the time. He said he had been to church and had returned. He further testified that Mary Ann did not pay for the beer, and that he charged it to her father—he made the entry in the store book himself—that Mary Ann was in the store in the evening of the 28th, in company with him, making soda water—that she again called on

Monday and purchased some articles out of the store, for which her father was credited. He was explicit in stating that Flinn was not there between one and two o'clock, and that Mary Ann was rude upon several occasions to Flinn.

He was warmly cross-examined by Maxwell, but deviated so little, if any, from his examination in chief, that it is deemed unnecessary to insert it.

*Frances Gallaghy* was next called : she testified that she stopped in the prosecutor's house, and that in a conversation with her, she used the words, " O ! the d—d rascal ; I will be revenged upon him ; I will put him in the State Prison :" and further, that she would " spend the last shilling :" and that the prosecutor swore a great deal. She further testified that she washed for Flinn, and that no marks of disease was ever seen by her, on his linen.

Mrs. *Palmer*, a respectable woman, was called, who testified that she was present when the alleged conversation was said to have taken place between Frances Gallaghy and Mrs. Jameison, and that the prosecutor used no such inflamatory language as that sworn to by the witness : that she was present all the time of the conversation, and that the prosecutor is not accustomed to use the words mentioned.

*Maxwell* now offered to prove that the prisoner had been examined, and also the issue of that examination, and offered Dr. Walker as a witness to prove it.

*Anthon*, objected, he contended that it was first necessary to prove the fact that the girl was diseased, which had not yet been done. Suppose it was proved the prisoner had the disease, what does it amount to, if Mary-Ann was free from it ? it amounts to nothing, unless you suppose the girl infected by him. The contrary would be building presumption upon presumprion ; it was beginning at the wrong

NEW-YORK
Nov. 1822.

The People
vs.
Hugh Flinn.

end ; prove the child diseased, and the evidence now offered will be proper.

*Maxwell* replied that it was immaterial to him.

The Court observed that to examine as to the state of the prisoner's person, would prove nothing of itself ; in order to make it evidence in this case, the examination should be made in reference to the act committed on the 28th of July, and how could that be done without showing the situation of the person of Mary Ann, at and subsequent to that time ; the contrary would be supposing her diseased, and that the prisoner infected her, which would clearly be building a presumption upon a presumption.

Dr. *Brown* was then called to show the situation of the girl ; he testified that he was called on the 15th of August to examine her, and that he found her laboring under the disease before mentioned ; he was *inclined* to the opinion, and finally gave it as his *decided* opinion, that the disease was gonorrhoea.

Dr. *Walker* was now called, who proved the facts relating to the examination of the prisoner in Bridewell, before stated.

In order to rebut this testimony, Dr. Mott was called for the prisoner. He testified that he was called upon to examine Mary Ann, and that from all the circumstances, he was uncertain whether it was the venereal or not, that it was impossible to tell at that age, and under the circumstances of this case. He further testified that he was called upon by the prisoner, two days after the examination made in Bridewell by Dr. Walker, and requested an examination of his person ; no marks of disease whatever could be found upon him.

Dr. *Walker* was again called, who proved that by using proper remedies, the most skillful physician might be de-

ceived by his patient: the disease might be so far removed as not to be visible, in two days—in two hours—by the administration of proper medicine: Dr. Mott concurred with him.

The prisoners counsel called a great number of witnesses, who proved that he was a steady young man ; was affable in his deportment, and regular in his attendance at public worship ; and that he was a young man of good character ; and here rested the case.

The case was eloquently summed up by *D. Graham* and *Anthon* for the prisoner ; and *Price* on the part of the people.

The case was then given to the jury in a comprehensive charge, in which the principal facts were recapitulated, and the law in relation to them explained by his Honor the Recorder.

The jury retired, and in a short time returned with a verdict of guilty against the prisoner.